Form *OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Clover Lane Family LP )    Case No. 24–13323–amc
 )
 )
    Debtor(s). )    Chapter: 11
 )
 )

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 18, 2024, this case is hereby DISMISSED.

**Date: October 8, 2024**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Matrix List of Creditors , Small Business Balance Sheet or a Statement Pursuant to 11:1116(B) that no such document has been prepared , Small Business Cash Flow Statement or a Statement Pursuant to 11:1116(B) that no such document has been prepared , Small Business Statement of Operations Pursuant to 11:1116(B) that no such document has been prepared , Small Business Tax Return or a Statement Pursuant to 11:1116(B) that no such document has been prepared, Corporate Resolution ,List of Equity Security Holders ,20 Largest Unsecured Creditors , Proper Form of Petition ,Schedule A/B , Schedule D ,Schedule E/F , Schedule G , Schedule H , Statement of Corporate Ownership , Statement of Financial Affairs , Summary of Assets and Liabilities .